UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Jason Ridenour, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>            vs.<br><br>Service Pros Installation Group, Inc.,<br><br>    Defendant. | Case No. 3:18-cv-00418-TRM-HGB |

## NOTICE OF FILING COPY OF SETTLEMENT AGREEMENT IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT

Pursuant to the Court's request, *Steele v. Staffmark Investments, LLC*, 172 F. Supp. 3d 1024 (W.D. Tenn. 2016), and with the consent of all parties, Defendant, Service Pros Installation Group, Inc. gives notice of the filing of a copy of the fully executed settlement reached by the parties in support of their Joint Motion for Approval of Settlement [Doc. 41].

Respectfully submitted this 18th day of December, 2019.

        s/ Edward Howard Trent
        Edward Howard Trent (BPR No. 30045)
        Wimberly, Lawson, Wright, Daves & Jones PLLC
        550 Main Avenue Suite 900
        Knoxville, TN 37902
        Telephone: (865) 546-1000
        Facsimile: (865) 546-1001
        Etrent@wimberlylawson.com

        Counsel *for Defendant, Service Pros Installation Group, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing Copy of Settlement Agreement in Support of Joint Motion for Approval of Settlement has been filed electronically with the Clerk's office by using the CM/ECF system on December 18, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

                                        *s/ Edward H. Trent*
                                        Edward H. Trent