# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| JASON RIDENOUR, individually and on behalf of others similarly situated, | ) ) ) | Case No. 3:18-cv-418 |
| Plaintiff, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge H. Bruce Guyton |
| SERVICE PROS INSTALLATION GROUP, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On November 25, 2019, the parties' filed a joint motion for approval of settlement (Doc. 41) requesting that the Court enter an order approving the parties' settlement agreement. The Court referred the motion to United States Magistrate Judge H. Bruce Guyton (Doc. 42), who issued a report and recommendation on January 17, 2020, recommending that the Court grant the joint motion (Doc. 44). No party filed timely objections to Magistrate Judge Guyton's report and recommendation. Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge Guyton's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Guyton's report and recommendation (Doc. 44) and will **ORDER** as follows:

1. The joint motion for approval of settlement (Doc. 41) will be **GRANTED**;

2. The proposed settlement, as contained in the parties' settlement agreement, will be **APPROVED**;

3. Plaintiff's claims will be **DISMISSED WITH PREJUDICE**; and

4. The Clerk will be **DIRECTED** to close the case.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

                                            */s/ Travis R. McDonough*
                                            **TRAVIS R. MCDONOUGH**
                                            **UNITED STATES DISTRICT JUDGE**